# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DAVID CATHEY | § |
| | § CIVIL ACTION NO. 4:24CV815 |
| v. | § JUDGE MAZZANT |
| | § |
| SHORE FUNDING SOLUTIONS, INC. | § |

## ORDER OF DISMISSAL

The Court, having sent to counsel for Plaintiff a Notice of Impending Dismissal (Dkt. #2) on April 23, 2025, and the Court docket indicating no response thereto having been filed,

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, hereby **DISMISSES** this matter without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

SIGNED this 26th day of August, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE